987 A.2d 615

IN THE MATTER OF ANDRYS SOFIA GOMEZ, AN ATTORNEY AT LAW.

February 16, 2010.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 09–274, concluding that **ANDRYS SOFIA GOMEZ** of **UNION CITY,** who was admitted to the bar of this State

in 1992, should be reprimanded for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **ANDRYS SOFIA GOMEZ** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney .at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.